```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-00922 DFL GGH |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 10664 & 10683 BIRCHVILLE ROAD, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN NOS: 60-290-06 AND 60-290-13, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate

1

1  newspaper for publication;
2       3.   The defendant real property is located in the city of
3  Nevada City, in Nevada County, California;
4       4.   Plaintiff proposes that publication be made as follows:
5            a.   Four publications;
6            b.   In the following newspaper, a legal newspaper of
7  general circulation, located in the county in which the defendant
8  real property is located: <u>The Union</u>;
9            c.   The publication to include the following:
10                (1)  The Court, title and number of the action;
11                (2)  The date of posting of the real property;
12                (3)  The identity and/or description of the real
13 property posted;
14                (4)  The name, address, and telephone number of
15 the attorney for the Plaintiff;
16                (5)  A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule G(5) must be filed with the Clerk and served on the attorney
19 for the Plaintiff within 30 days after the date of publication;
20                (6)  A statement that answers to the Complaint or
21 a motion under Rule 12 of the Federal Rules of Civil Procedure
22 ("Fed. R. Civ. P.")  must be filed and served within 20 days
23 after the filing of the claims and, in the absence thereof,
24 default may be entered and condemnation ordered;
25                (7)  A statement that applications for
26 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
27 maritime liens or other interests shall be filed within the 30
28 days allowed for claims for possession; and

```
            (8)   The name, address, and telephone number of
the U.S. Marshal and/or Department of Treasury.
```

Dated: May 10, 2007              McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant U.S. Attorney



                                 **ORDER**

**IT IS SO ORDERED.**

Dated: 5/22/07                   /s/ Gregory G. Hollows
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE


07-922.ord