BRENDA GRANTLAND
20 Sunnyside Suite A-204
Mill Valley, CA 94941
Telephone (415) 380-9108

Attorney for Claimant Patrick J. Cassidy

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:07-CV-00922 JAM-GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY STATUS |
| v. | ) | (PRE-TRIAL SCHEDULING) ORDER |
| | ) | AND ORDER THEREON |
| REAL PROPERTY LOCATED AT 10664 & 10683 BIRCHVILLE ROAD, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN NOS: 60-290-06 AND 60-290-13, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

Claimant, Patrick J. Cassidy, and Plaintiff, the United States of America, through undersigned counsel, hereby jointly request a modification of the October 17, 2007, Status (Pretrial Scheduling) Order. As grounds therefore, the parties state the following:

1

1. The lienholder, MortgageIt, was served with the Complaint, and filed a Claim to the property and an Answer to the Complaint. The plaintiff and MortgageIt entered into a Stipulation for Expedited Settlement, which was approved by the Court on August 21, 2007. The lienholder was then excused from further participation in this action.

2. The Plaintiff and Claimant Patrick J. Cassidy have completed discovery and have begun settlement negotiations. Because the equity in the property is relatively low, the parties are trying to settle the case before having to incur additional attorneys fees and litigation costs briefing the dispositive motions. They believe that, given a 90-day extension of the motion deadline, they may be able to settle the case without having to file any further motions.

3. Claimant Cassidy has kept the mortgage current, and promises to keep the mortgage current during this period. Counsel contacted the attorney for the lienholder, and his position was that since his client is no longer participating in the case (pursuant to the August 21, 2007 order), it would not oppose the extension of the motions deadline.

4. Accordingly, the parties propose that the dates be modified as follows:

//
//

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Dispositive motions to be filed | May 7, 2008 | August 7, 2008 |
| Hearing on dispositive motions | June 4, 2008 | Next available date on court's calendar in September |
| Final pretrial conference | July 9, 2008 | Next available date on court's calendar in October |
| Trial | August 25, 2008 | Next available date on court's calendar in November |

IT IS SO STIPULATED.

Dated:_____                          _____
                                     BRENDA GRANTLAND, ESQ.
                                     Attorney for Claimant


Dated:_____                     McGREGOR W. SCOTT
                                     United States Attorney



                                By   _____
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff
                                     United States of America


### ORDER

The Status (Pre-trial Scheduling) Order is modified as follows:  The last day for filing dispositive motions is 8/6/2008.  Hearing on the motions will be on 9/3/2008 at 9:00 a.m.

3

The parties joint pretrial statement shall be filed on or before 10/10/2008.

The final pretrial conference will be on 10/17/2008 at 3:00 p.m.

Trial will be scheduled on December 1, 2008 at 8:30 a.m.

IT IS SO ORDERED.

DATED:_May 1, 2008____

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

4