1  BRENDA GRANTLAND
   Attorney for Claimant Patrick J. Cassidy
2  20 Sunnyside Suite A-204
   Mill Valley, CA 94941
3  Telephone (415) 380-9108

4  McGREGOR W. SCOTT
   United States Attorney
5  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
6  501 I Street, Suite 10-100
   Sacramento, CA 95814
7  Telephone: (916)554-2723

8  Attorneys for Plaintiff
   United States of America

9

10              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA          :
                                      :        Case No. 07-CV-922-JAM-GGH
13        Plaintiff,                  :
                                      :
14  v.                                :        STIPULATION TO MODIFY
                                      :        SCHEDULING ORDER AND
15  REAL PROPERTY LOCATED AT          :        ORDER THEREON
    10664 & 10683 BIRCHVILLE ROAD,    :
16  NEVADA CITY, CA, NEVADA COUNTY    :
    APN NOS.: 60-290-06 & 60-290-13,  :
17  INCLUDING ALL APPURTENANCES       :
    AND IMPROVEMENTS THERETO,         :
18                                    :
          Defendant.                  :
19  _____   :

20        Claimant, Patrick J. Cassidy, and Plaintiff, the United States of America, through

21  undersigned counsel, hereby jointly request a modification of the Status (Pre-trial Scheduling)

22  Order  in order to continue settlement negotiations.   As grounds therefore, the parties state the

23  following:

24        1.   The lienholder, MortgageIt, was served with the Complaint, and filed a Claim to the

25  property and an Answer to the Complaint.  The plaintiff and MortgageIt entered into a

26  Stipulation for Expedited Settlement, which was approved by the Court on August 21, 2007.  The

27

28                                      1

1    lienholder was then excused from further participation in this action.

2         2.   The Plaintiff and Claimant Patrick J. Cassidy completed discovery and have been

3    engaged in good-faith settlement negotiations.  They are making progress in settlement, but had

4    to update the appraisal of the property because of the slump in the real estate market.  Because

5    the equity in the property is relatively low, the parties are trying to settle the case without having

6    to incur additional attorneys fees and litigation costs briefing dispositive motions.  They believe

7    that, given this further 60-day extension of the motions deadline, they will probably be able to

8    settle the case without having to file any dispositive motions.

9         3.   Claimant Cassidy has kept the mortgage current, and promises to keep the mortgage

10   current during this period.  Counsel contacted the attorney for the lienholder, and his position

11   was that since his client is no longer participating in the case (pursuant to the August 21, 2007

12   order), it would not oppose the extension of the motions deadline.

13   //

14   //

28                                              2

4.  Accordingly, the parties propose that the dates set forth in the Status (Pre-trial

Scheduling) Order be modified as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|-------|--------------|---------------|
| File dispositive motions | August 6, 2008 | October 8, 2008 |
| Hearing on dispositive motions | September 3, 2008 | November 5, 2008 at 9 a.m. |
| File Joint Final Pretrial Statement | October 10, 2008 | December 12, 2008 |
| Final Pretrial Conference | October 17, 2008 | December 19, 2008 at 3:00 p.m. |
| Jury trial | December 1, 2008 | February 9, 2009 at 8:30 a.m. |

IT IS SO STIPULATED.

Dated:   August 1,  2008                        /s/ Brenda Grantland
                                                BRENDA GRANTLAND, ESQ.
                                                Attorney for Claimant
                                                20 Sunnyside Suite A-204
                                                Mill Valley, CA 94941


Dated:   August 1, 2008                         McGREGOR W. SCOTT
                                                United States Attorney


                                        By      /s/ Kristin S. Door
                                                KRISTIN S. DOOR
                                                Assistant U.S. Attorney
                                                Attorneys for Plaintiff
                                                United States of America


### ORDER

The Status (Pre-trial Scheduling) Order is modified as follows; the last day for filing

dispositive motions in October 8, 2008.  Hearing on the motions will be on November 5, 2008, at

9:00 a.m.  The parties' joint pretrial statement shall be filed on December 12, 2008.  The final pretrial conference will be on December 19, 2008, at 3:00 p.m.  Trial will be scheduled on February 9, 2009, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 5, 2008                    /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           United States District Judge

4